| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __7__ | ☐ Check if this is an amended filing |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Klein Family Interests, LLC

2. **All other names debtor used in the last 8 years**  
   fka Klein's Fine Foods, LLC; fdba Klein's Fine Foods  
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 1 – 4 6 6 4 6 2 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 13310 Timberwild Ct. | |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Tomball   TX   77375 | |
   | City   State   ZIP Code | City   State   ZIP Code |
   | Harris | **Location of principal assets, if different from principal place of business** |
   | County | |
   | | Number   Street |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **Klein Family Interests, LLC**_____      Case number (if known)_____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

_4_ _2_ _4_ _4_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.   Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Klein Family Interests, LLC**  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
              District _____  When _____  Case number _____
                                         MM / DD / YYYY
              District _____  When _____  Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
              District _____  When _____
                                        MM / DD / YYYY
              Case number, if known _____

              Debtor _____  Relationship _____
              District _____  When _____
                                        MM / DD / YYYY
              Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **Klein Family Interests, LLC**          Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number    Street

_____
_____  _____  _____
City                  State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Klein Family Interests, LLC**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/03/2024**
MM / DD / YYYY

X **/s/ Jeffrey A. Klein**
Signature of authorized representative of debtor

**Jeffrey A. Klein**
Printed name

**President/Managing Member**
Title

**18. Signature of attorney**

X **/s/ Patrick T. Williams**     Date **04/03/2024**
Signature of attorney for debtor     MM / DD / YYYY

**Patrick T. Williams**
Printed name

**Patrick T. Williams, Attorney at Law**
Firm name

**13231 Champion Forest Dr., Suite 214**
Number    Street

**Houston**     **TX**     **77069**
City     State     ZIP Code

**(281) 587-2823**     **patricktwilliams@sbcglobal.net**
Contact phone     Email address

**00789729**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **Klein Family Interests, LLC**                                          Case No. _____

                                                                                              Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:      **$4,500.00**
   Prior to the filing of this statement I have received.........................................................      **$4,500.00**
   Balance Due................................................................................................................      **$0.00**

2. The source of the compensation paid to me was:
   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in adversary proceedings;**
   **Representation in actions brought to determine whether a debt is included in the discharge;**
   **Representations in any action brought to determine whether debtor should get a discharge**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/03/2024** | **/s/ Patrick T. Williams** | |
|---|---|---|
| Date | *Patrick T. Williams* | Bar No. 00789729 |
| | Patrick T. Williams, Attorney at Law | |
| | 13231 Champion Forest Dr., Suite 214 | |
| | Houston, TX 77069 | |
| | Phone: (281) 587-2823 / Fax: (281) 587-0123 | |

*Patrick T. Williams, Bar No. 00789729*
*Patrick T. Williams, Attorney at Law*
*13231 Champion Forest Dr., Suite 214*
*Houston, TX 77069*
*(281) 587-2823*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  
**Klein Family Interests, LLC**  
Debtor(s)

Case No.:  
SSN: **81-4664620**  
SSN: _____

## Numbered Listing of Creditors

Address:  
**13310 Timberwild Ct.**  
**Tomball, TX 77375**

Chapter:  7

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285<br>xxxx xxxx xxxx 2820 | Unsecured Claim | $10,541.22 |
| 2. | Chappell Hill Sausage Company<br>4255 Sausage Lane<br>Chappell Hill, TX 77426<br>8560 | Unsecured Claim | $4,473.00 |
| 3. | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br>xxxx xxxx xxxx 2618 | Unsecured Claim | $8,985.29 |
| 4. | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298<br>xxxx xxxx xxxx 2610 | Unsecured Claim | $18,156.37 |
| 5. | Cindy Figer<br>4101 Parkstone Heights Drive<br>Suite 220<br>Austin, TX 78746-7397 | Unsecured Claim | $12,211.36 |
| 6. | Discover Business Card<br>P.O. Box 3023<br>New Albany, OH  43054-3023<br>xxxx xxxx xxxx 7790 | Unsecured Claim | $40,376.34 |

in re: **Klein Family Interests, LLC**

Debtor                                                                                              Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. Durham-Ellis Pecan Co.<br>308 South Houston<br>Comanche, TX 76442<br>xxxx-xxE070 | Unsecured Claim | $9,367.92 |
| 8. Fatman's Beef Jerky<br>80 Industrial Park Ave.<br>Hagerman, NM 88232<br>4168 | Unsecured Claim | $2,025.00 |
| 9. Gourmet Gardens<br>300 East Tena Street<br>Jacksonville, TX 75766 | Unsecured Claim | $18,161.74 |
| 10. Jeff Marler<br>Certified Public Accountant<br>21638 State Hwy 249, Suite G<br>Houston, TX 77070 | Unsecured Claim | $25,230.20 |
| 11. Jim Webb<br>469 Sky Lake Dr.<br>Highlands, NC 28741 | Unsecured Claim | $15,000.00 |
| 12. Juniper Card Services<br>P.O. Box 8802<br>Wilmington, DE 79899-8802<br>8399 | Unsecured Claim | $8,380.65 |
| 13. Pete Benenati<br>Attorney at Law<br>2816 Bedford Rd.<br>Bedford, TX 76021<br>xxx07-01 | Unsecured Claim | $3,155.00 |
| 14. U.S. Attorney's Office<br>Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002-5010 | Unsecured Claim | $0.00 |
| 15. U.S. Small Business Administration<br>COVID EIDL Servicing Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155<br>xxxxxx9106 | Secured Claim | $210,472.60 |

in re: **Klein Family Interests, LLC**
                                    Debtor                                                              Case No. (if known)

16.  US Small Business Administration                    Unsecured Claim                                          $0.00
     409 3rd St., SW
     Washington, DC 20416

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **Klein Family Interests, LLC**,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors,* consisting of __3__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: /s/ Jeffrey A. Klein                                         Date: 4/3/2024
        **Jeffrey A. Klein**
        **President/Managing Member**

Page 3